UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 JAN -9 A 11: 15
U.S. DISTRICT COURT
DISTRICT OF MASS.

JAMES KIRKLAND, Individually and On Behalf of All Others Similarly Situated,

    Plaintiff,

vs.

CLEAN HARBORS, INC., ALAN S. MCKIM and ROGER A. KOENECKE,

    Defendants.

No. 03-CV-12302-RWZ

## STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND

The parties, by their undersigned counsel, hereby stipulate and agree that defendants need not file an answer or otherwise respond to the Complaint until thirty (30) days after an Amended Complaint is filed.

JAMES KIRKLAND,

By his attorneys,

_/s/ Thomas G. Shapiro_
Thomas G. Shapiro BBO #454680
Theodore M. Hess-Mahan BBO #557109
Shapiro Haber & Urmy LLP
75 State Street
Boston, MA 02109
(617) 439-3939

Attorneys for Plaintiff James Kirkland

CLEAN HARBORS, INC., ALAN S. MCKIM and ROGER A. KOENECKE,

By their attorneys,

_/s/ Gary S. Matsko_
Gary S. Matsko BBO # 324640
Davis, Malm & D'Agostine, P.C.
One Boston Place
Boston, MA 02108
(617) 367-2500

Attorneys for Defendants Clean Harbors, Inc., Alan S. McKim and Roger A. Koenecke

# SHAPIRO HABER & URMY LLP

*Attorneys at Law*

Thomas G. Shapiro
Edward F. Haber
Thomas V. Urmy, Jr.
Michelle H. Blauner
Theodore M. Hess-Mahan
Christine E. Morin
Todd. S. Heyman
Matthew L. Tuccillo

*Counsel*

Lawrence D. Shubow
Alfred J. C Donovan

E-mail:
ted@shulaw.com

January 8, 2004

Clerk
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Re: *Kirkland v. Clean Harbors, Inc.*, No. 03cv12302 RWZ

Dear Sir or Madam:

I enclose herewith for filing in the above action the following:

1. Stipulation to Extend Time to Answer or Otherwise Respond;

2. Proof of Service of Summons for Defendant Clean Harbors, Inc.;

3. Proof of Service of Summons for Defendant Alan S. McKim; and

4. Proof of Service of Summons for Defendant Roger A. Koenecke.

Thank you for your attention to this matter.

Sincerely,

Theodore M. Hess-Mahan

Enclosures
cc: Gary S. Matsko (by mail) (w/enclosures)