# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JAN -9 A 11:15

JAMES KIRKLAND, Individually and on
Behalf of Others Similarly Situated

v.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 03 CV 12302 RWZ

CLEAN HARBORS, INC., ALAN S. MCKIM
and ROGER A. KOENECKE

TO: (Name and address of Defendant)

CLEAN HARBORS, INC.

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Theodore Hess-Mahan
Shapiro Haber & Urmy LLP
75 State Street
Boston, Massachusetts 02109

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Service is hereby accepted this _7_ day of _January_, 2004

Attorney for Defendant Clean Harbors Inc.
NOV 18 2003

TONY ANASTAS

CLERK

(By) DEPUTY CLERK                                    DATE

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
         Date          Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.