**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JAMES KIRKLAND, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CLEAN HARBORS, INC., ALAN S. MCKIM, and ROGER A. KOENECKE,<br><br>Defendants. | **CIVIL ACTION NO. 1:03cv12302 (RWZ)** |
| ROBERT J. MEYER, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CLEAN HARBORS, INC., ALAN S. MCKIM, and ROGER A. KOENECKE,<br><br>Defendants. | **CIVIL ACTION NO. 1:03cv12523 (RWZ)** |

[Additional Captions Below]

**MOTION FOR CONSOLIDATION OF RELATED CASES,**
**APPOINTMENT OF SANFORD FELD AS LEAD PLAINTIFF,**
**AND FOR APPROVAL OF HIS SELECTION OF LEAD COUNSEL**

|  |  |
|---|---|
| STANLEY SVED, Individually And On Behalf Of All Others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CLEAN HARBORS, INC., ALAN S. MCKIM, and ROGER A. KOENECKE, )<br>)<br>Defendants. ) | **CIVIL ACTION NO. 1:03cv12581 (RWZ)** |
| ROBERT REUBEN, on Behalf of Himself and all Others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CLEAN HARBORS, INC., ALAN S. MCKIM, and ROGER A. KOENECKE, )<br>)<br>Defendants. ) | **CIVIL ACTION NO. 1:04cv10061 (RWZ)** |

Class member Sanford Feld ("Movant"), hereby moves this Court pursuant to Fed. R. Civ. P. 42(c) and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4, for an Order: (a) consolidating all of the above actions into one action for all purposes; (b) appointing Movant to serve as lead plaintiff; and (c) approving Movant's selection of counsel for the Class.

In support of his motion, Movant submits: (a) the Declaration of Theodore Hess-Mahan, Esq., sworn to on January 20, 2004, and annexed exhibits; (b) a Memorandum of Law, dated

January 20, 2004, and (c) a Proposed Order granting Movant's motion for consolidation, appointment of lead plaintiff and approval of his selection of lead counsel for the Class.

Dated: January 20, 2004

                                     **SHAPIRO HABER & URMY LLP**

                                     /s/Theodore Hess-Mahan
                                     Theodore Hess-Mahan BBO #557109
                                     75 State Street
                                     Boston, Massachussetts 02109
                                     (617) 439-3939
                                     (617) 439-0134 (facsimile)

                                     **Liaison Counsel for Movant and**
                                     **Proposed Liaison Counsel for the Class**

                                     **BERNSTEIN LIEBHARD & LIFSHITZ, LLP**
                                     Sandy A. Liebhard
                                     Joseph R. Seidman, Jr.
                                     10 East 40th Street, 22nd Floor
                                     New York, NY 10016
                                     (212) 779-1414
                                     (212) 779-3218 (facsimile)

                                     **Counsel for Movant and**
                                     **Proposed Lead Counsel for the Class**