**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|   |   |
|---|---|
| JAMES KIRKLAND, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CLEAN HARBORS, INC., ALAN S. MCKIM, and ROGER A. KOENECKE,<br><br>Defendants. | **CIVIL ACTION NO. 1:03cv12302 (RWZ)** |
| ROBERT J. MEYER, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CLEAN HARBORS, INC., ALAN S. MCKIM, and ROGER A. KOENECKE,<br><br>Defendants. | **CIVIL ACTION NO. 1:03cv12523 (RWZ)** |

[Additional Captions Below]

**DECLARATION OF THEODORE HESS-MAHAN**
**IN SUPPORT OF THE MOTION TO CONSOLIDATE**
**THE RELATED CASES, APPOINT SANFORD FELD AS**
**LEAD PLAINTIFF AND TO APPROVE LEAD PLAINTIFF'S CHOICE OF COUNSEL**

| | |
|---|---|
| STANLEY SVED, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CLEAN HARBORS, INC., ALAN S. MCKIM, and ROGER A. KOENECKE,<br><br>Defendants. | **CIVIL ACTION NO. 1:03cv12581 (RWZ)** |
| ROBERT REUBEN, on Behalf of Himself and all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CLEAN HARBORS, INC., ALAN S. MCKIM, and ROGER A. KOENECKE,<br><br>Defendants. | **CIVIL ACTION NO. 1:04cv10061 (RWZ)** |

I, THEODORE HESS-MAHAN, declare under penalties of perjury:

1. I am an attorney at the law firm of Shapiro Haber & Urmy LLP. I make this Declaration in Support of the Motion to Appoint Sanford Feld ("Movant") as Lead Plaintiff Pursuant to Section 21D(a)(3)(B) of the Securities and Exchange Act of 1934, to Consolidate Related Cases, and to Approve Lead Plaintiff's Choice of Counsel. The matters set forth herein are stated within my personal knowledge.

2. Attached hereto are true and correct copies of the following documents:

   Exhibit A:   Movant's sworn Certification;

    Exhibit B:    Chart of the Movant's Purchases, Sales, and Losses;

    Exhibit C:    Press release issued on Business Wire, dated November 18, 2003;

    Exhibit D:    Firm resume for Bernstein Liebhard & Lifshitz, LLP; and

    Exhibit E:    Firm resume for Shapiro Haber & Urmy LLP.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 20, 2004

                /s/ Theodore Hess-Mahan
                THEODORE HESS-MAHAN