## CERTIFICATION OF NAMED PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

I, _Sanford Feld_ ("Plaintiff"), declare the following as to the claims asserted under the federal securities laws:

1. Plaintiff has reviewed the complaint filed in this matter and has authorized the filing of a complaint based on similar allegations in a related or amended complaint. Plaintiff retains Bernstein Liebhard & Lifshitz, LLP and such co-counsel it deems appropriate to associate with to pursue such action on a contingent fee basis.

2. Plaintiff did not purchase the security that is the subject of this action at the direction of Plaintiff's counsel or in order to participate in this private action.

3. Plaintiff is willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial. I understand that the litigation is not settled, this is not a claim form, and sharing in any recovery is not dependent upon execution of this Certification.

4. Plaintiff's transaction(s) in the **CLEAN HARBORS, INC.** security that is the subject of this action during the period of 11/19/02 through and including 8/14/03 are as follows:

| No. of Shares | Stock Symbol | Buy/Sell | SETTLEMENT DATE | Price Per Share |
|---|---|---|---|---|
| 2500 | CLHB | Buy | 12/4/02 | 14.708 |
| 1000 | CLHB | Buy | 12/11/02 | 16.150 |
| 1500 | CLHB | Buy | 1/7/03 | 15.718 |
| 1500 | CLHB | Sell | 3/28/03 | 10.992 |

Please list other transactions on a separate sheet of paper, if necessary.

5. During the three years prior to the date of this Certification, Plaintiff has not sought to serve or served as a representative party for the class in any action filed under the federal securities laws except as indicated here:

6. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, or as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _7th_ day of _January_ 2004.

Signature: _[signature]_

Print Name: _SANFORD I. FELD_

Address: _66 LAKE RD_

City, State, Zip: _FAR HILLS, NJ 07931_

Phone Number:

Email Address:

3/31/03 1500 CLHB Sell 3/31/03 11.124
4/1/03 2000 CLHB Sell 4/1/03 11.120