Clean Harbors, Inc.
BERNSTEIN LIEBHARD & LIFSHITZ, LLP

Avg. Price: 4.4739

Class Period: 11/19/02-8/14/03

| PLAINTIFF | DATE | SHARES | COST | PURCHASE AMOUNT | DATE | SHARES | COST | SALES AMOUNT | SHARES HELD | ESTIMATED VALUE | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sanford Feld | 12/4/2002 | 2,500 | 14.71 | 36,770 | 3/28/03 | 1,500 | 10.99 | 16,488 | | | |
| | 12/11/2002 | 1,000 | 16.15 | 16,150 | 3/31/2003 | 1,500 | 11.12 | 16,686 | | | |
| | 1/7/2003 | 1,500 | 15.72 | 52,920 | 4/1/2003 | 2,000 | 11.12 | 16,686.00 | | | |
| | Totals | | | 105,840 | | | | 49,860.00 | | 29,080.35 | 26,899.65 |
| | | | | | | | | | | Total | 26,899.65 |

JAN. 20. 2004  11:32AM   BERNSTEIN, LIEBHARD&L