**YAHOO! FINANCE**  Search - Finance Home - Yahoo! - Help

PR Newswire

**Welcome [Sign In]**

**Financial News**

To track stocks & more, Regis

Enter symbol(s) [_____] [Basic____] [Get] Symbol Lookup

FREE Trades | TD Waterhouse | HARRISdirect. Open an account, get $100 | 7 TRADES online market orders



**Related Quote**

CLHB 14-Jan @ 12:07pm (C)Yahc

CLHB    7.73   +0.03   Nev

**View Detailed Quote**
Delayed 20 mins
Quote data provided by Reuters

**Press Release**                Source: Cauley Geller Bowman & Rudman, LLP

# Cauley Geller Announces Class Action Lawsuit Against Clean Harbors, Inc. On Behalf of Investors

Tuesday November 18, 7:49 pm ET

NEW YORK, Nov. 18 /PRNewswire/ -- The Law Firm of Cauley Geller Bowman & Rudman, LLP announced today that a class action lawsuit has been filed in the United States District Court for the District of Massachusetts on behalf of purchasers of Clean Harbors, Inc. (Nasdaq: CLHB - News; "Clean Harbors" or the "Company") publicly traded securities during the period between November 19, 2002 and August 14, 2003, inclusive (the "Class Period"). A copy of the complaint filed in this action is available from the Court, or can be viewed on the firm's website at http://www.cauleygeller.com/show_case.asp?ccode=197&pcode=10&pp=4 .

The complaint alleges that defendants violated Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, and Rule 10b-5 promulgated thereunder. Specifically, the complaint alleges that by the start of the Class Period, unbeknownst to investors, Clean Harbors was experiencing difficulties integrating the operations of Safety-Kleen Corp.'s Chemical Services Division, which it had just acquired. Moreover, the integration process was distracting the Company from its core business, thereby causing the Company to experience declining results. Notwithstanding the foregoing difficulties, throughout the Class Period, defendants projected increasing revenues and earnings for the Company, which caused a dramatic increase in the price of Clean Harbors common stock. While the stock was trading at these levels, certain Clean Harbor insiders sold their personally-held Clean Harbors common stock to the unsuspecting public. In addition, defendant McKim engaged in a forward sale of 200,000 shares of his stock which permitted him to lock in gains in his stock but not suffer from any decline in the price of Clean Harbors stock.

Then, on May 14, 2003, Clean Harbors surprised the market by announcing that its EBITDA for the first quarter of 2003 was below the quarterly minimum required by certain covenants in the Company's loan agreements and that the Company would have to renegotiate the terms of its agreements with its lenders. In response to this announcement, the price of Clean Harbors stock plummeted from $12.89 per share to $10.90 per share on extremely heavy trading volume. The true extent of the problems at Clean Harbors were not finally revealed until August 14, 2003, when it announced that it would miss its earnings targets for the second quarter of 2003 and that it was being negatively impacted by a variety of factors. Following this announcement, the price of Clean Harbors common stock declined further to $6.23 per share.

If you bought Clean Harbors publicly traded securities between November 19, 2002 and August 14, 2003, inclusive, and you wish to serve as lead plaintiff, you must

**Related News Stories**

- Law Offices of Marc S. Henze Announces Class Action Lawsuit Against Clean Harbor Inc. - Business Wire (Tue Dec 23)

- Law Offices of Charles J. Piven, P.A. Announces Class Action Lawsuit Against Clean Harbors, Inc. -- CLHB - PrimeZo Media Network (Mon Dec 22)

- Wolf Haldenstein Announces Class Action Lawsuit Against Clean Harbors, Inc. on Behalf Of Investors - PR Newswire (Fri Dec 19)

- Milberg Weiss Announces The Filing Of A Class Action Suit Against Clean Harbors Inc. or Behalf of Investors - Business Wi (Wed Dec 17)

More

- By industry: Class action, Environmental, Law

**Top Stories**

- The U.S. Trade Gap Narrows Unexpectedly - Reuters (9:06 am)

- Cingular, AT&T Wireless in Talks-Sources - Reuters (10:48 am

- SEC Proposes New Ethics for Mutual Funds - Reuters (11:28 am)

- Italy Probes Citigroup Unit Over Parmalat - Reuters (11:24 am

More

move the Court no later than January 19, 2004. If you are a member of this class, you can join this class action online at http://www.cauleygeller.com/template8.asp?pcode=6&pp=1 . Any member of the purported class may move the Court to serve as lead plaintiff through Cauley Geller or other counsel of their choice, or may choose to do nothing and remain an absent class member.

Cauley Geller is a national law firm that represents investors and consumers in class action and corporate governance litigation. It is one of the country's premiere firms in the area of securities fraud, with in-house finance and forensic accounting specialists and extensive trial experience. Since its founding, Cauley Geller has recovered in excess of two billion dollars on behalf of aggrieved shareholders. The firm maintains offices in Boca Raton, Little Rock and New York.

If you have any questions about how you may be able to recover for your losses, or if you would like to consider serving as one of the lead plaintiffs in this lawsuit, you are encouraged to call or e-mail the Firm or visit the Firm's website at www.cauleygeller.com .

```
        Contact:

        CAULEY GELLER BOWMAN & RUDMAN, LLP

        Samuel H. Rudman, Esq  or David A. Rosenfeld, Esq.

        Client Relations Department:
        Jackie Addison or Heather Gann
        P.O. Box 25438
        Little Rock, AR 72221-5438
        Toll Free: 1-888-551-9944
        Fax: 1-501-312-8505
        E-mail: info@cauleygeller.com
```

:e: Cauley Geller Bowman & Rudman, LLP

Email this story - Set a News Alert



· Most-emailed articles
· Most-viewed articles