**BERNSTEIN LIEBHARD & LIFSHITZ, LLP**

| 10 East 40th Street | 2050 Center Avenue | 231 State Street |
|---|---|---|
| New York, New York 10016 | Fort Lee, New Jersey 07024 | Harrisburg, PA 17101 |
| (212) 779-1414 | (201) 592-3201 | (717) 234-6646 |

www.bernlieb.com

BERNSTEIN LIEBHARD & LIFSHITZ, LLP was established in 1993 as a boutique specializing in the representation of plaintiffs in class, group and individual securities, derivative, antitrust and consumer protection cases through the United States. The firm has grown to over twenty lawyers, with offices in New York, New Jersey and Pennsylvania.

Our attorneys – including former prosecutors and SEC trial lawyers – have tried hundreds of cases before both state and federal courts. We have been appointed lead counsel in numerous class actions around the country and have actively tried and/or settled scores of actions to successful conclusions. Currently, the firm serves in a lead counsel position in several of the largest pending securities fraud class actions, including *In re Initial Public Offering Securities Litigation*, and *In re Xerox Securities Litigation*, and is pursuing claims seeking billions of dollars on behalf of investors.

We have significant experience in prosecuting complex securities class actions. For example, the firm, as a lead counsel, has successfully obtained many multi-million dollar settlements of securities class actions and complex cases. These cases include: *Bankers Trust Securities Litigation* ($58 million); *Bausch & Lomb, Inc. Securities Litigation* ($42 million); *Riscorp Inc. Securities Litigation* ($21 million); *AXA Financial Shareholders Litigation* ($500 million increased merger consideration); *Lin Broadcasting Corporation Shareholders Litigation*

($64 million increased merger consideration); and *Arco Chemical Company Shareholders Litigation* ($17.6 million).

The firm has had particular success in using litigation to accomplish corporate governance improvements for shareholders. We have served as lead counsel in numerous corporate governance and corporate takeover litigation (both hostile and friendly) on behalf of stockholders of public corporations, and have prosecuted actions challenging numerous highly publicized corporate transactions which violated fair process and fair price, and the applicability of the business judgment rule. These efforts brought about multi-million dollar improvements in transaction terms and in strengthening the democratic rights of public shareholders.

In *In re Sears and Roebuck Derivative Litigation*, founding partner Stanley D. Bernstein pioneered the use of litigation to achieve corporate governance reform in the early 1990's, gaining the addition of outside directors to Sears's board, and expanding the role of outside directors in the company's nominating committee.

In *In re Archer Daniels Midland Corp. Derivative Litigation* the firm, as lead counsel, effected important corporate governance improvements such as the requirement that the majority of the board be comprised of outside directors, creation of a nominating committee, requiring the audit committee to oversee corporate compliance, and requiring that the audit committee be composed of outside directors.

In *Arco Chemical Company Shareholders Litigation*, the firm's advocacy led the Delaware Supreme Court to require the company to broaden the rights of public shareholders in change of control transactions.

Recently, the firm successfully represented the public stockholders of Quickturn Design Systems, Inc. in a trial in the Delaware Chancery Court, which invalidated a modified "dead-

hand" poison pill anti-takeover provision. The Delaware Supreme Court affirmed the trial verdict, paving the way for a takeover of Quickturn at a substantial premium.

The firm's efforts in *In re Foamex International Inc. Shareholders Litigation* accomplished corporate governance improvements such as the requirement that the company appoint two independent directors, constitute a nominating committee to search for and recommend new independent directors, and that any related party transaction be reviewed and approved by a majority of disinterested directors.

## OUTSTANDING REPUTATION WITH THE JUDICIARY

Courts have repeatedly praised the efforts of the firm and its partners. For example:

Judge Denise Cote, in approving a recent settlement where the Firm served as sole lead counsel, found that: "Plaintiffs are represented by counsel who are skilled in federal securities and class action litigation. . . . Counsel have been diligent and well prepared. Jeffrey Haber, in particular, was especially helpful . . . . Plaintiffs' counsel has performed an important public service in this action and have done so efficiently and with integrity . . . . You have the thanks of this court." *In re Take Two Interactive Software, Inc. Securities Litigation*, 01 Civ. 9919 (S.D.N.Y.), Transcript of Hearing, October 4, 2002, at 40, 44.

Vice Chancellor (now Delaware Supreme Court Justice) Myron T. Steele, in approving a shareholder class action settlement, stated "I'm impressed with the innovative nature . . . of the benefit that's been provided. . . . It's my turn to make a compliment in open court: that the plaintiff is represented by highly competent counsel, a counsel that demonstrates consistently to me an incredible work ethic in achieving the benefits that were achieved here." *In re Illinois Central Corporation Shareholders Litigation*, C.A. 16184 (Del. Ch.), Transcript of Hearing, Feb. 25, 1999 at 29-30.

Judge Wayne Andersen of the Northern District of Illinois, in approving a proxy fraud settlement, commented to partner Stanley Bernstein: "Mr. Bernstein, it has actually been a pleasure getting to know and work with you on this. . . . [Y]ou make a really good presentation." *Hager v. Schawk, Inc.*, No. 95 C6974 (N.D. Ill.), Transcript of Hearing, May 21, 1997 at 22.

In approving a settlement on behalf of the purchasers of Tower Air, Inc. securities and describing the Firm's services for the class as sole lead counsel, Judge Reena Raggi of the Eastern District of New York commented that: "[t]he quality of the legal work

throughout has been high and conscientious . . . ." *In re Tower Air, Inc. Securities Litigation*, 94 Civ. 1347 (E.D.N.Y.), Transcript of Hearing, February 9, 1996 at 52.

Judge Robert Cindrich of the Western District of Pennsylvania, in approving a securities fraud settlement, endorsed the findings that: "Counsel . . . have been professional and realistic in this matter . . . . The court has been impressed with the competence and candor of counsel. . . ." *DeCicco v. American Eagle Outfitters, Inc.* C.A. 95-1937 (W.D. Pa.), Report and Recommendation of Magistrate Judge Kenneth Benson, November 25, 1996 at 6 (adopted as opinion of Court by Judge Cindrich, December 12, 1996).

## *FIRM BIOGRAPHY*

### *Partners*

*Stanley D. Bernstein* is a 1980 graduate of the New York University School of Law, where he was an editor of the Journal of International Law and Politics. He is a frequent lecturer on directors and officers liability, class action and securities law issues at seminars organized nationwide by Practising Law Institute, The American Conference Institute, Tillinghast-Towers Perrin and other organizations. Prior to forming Bernstein Liebhard & Lifshitz, LLP, Mr. Bernstein practiced securities and commercial litigation at Weil, Gotshal & Manges, Gelberg & Abrams and Kreindler & Kreindler. Mr. Bernstein is vice chair of the Plaintiffs' Executive Committee in *In re Initial Public Offering Securities Litigation*, and was lead counsel in many of the leading securities cases enforcing and expanding the rights of shareholders, including: *In re Sears, Roebuck Derivative Litigation* and *In re Archer Daniels Midlands Corp. Derivative Litigation*, (pioneering cases which improved corporate governance at both companies); *In re Bankers Trust Securities Litigation* (largest recovery ever on behalf of defrauded securities sellers - $58 million); and, *Shapiro v. Quickturn Design Systems* (successfully tried in Delaware Chancery Court and affirmed by Delaware Supreme Court, invalidating anti-takeover device).

He has been lead counsel in scores of securities class actions and is one of the most active litigators in the nation on behalf of shareholder rights in the Delaware Chancery Court where most important corporate governance litigation is conducted. He has tried many cases in state and federal court, and has successfully argued appeals on behalf of shareholders to the Delaware Supreme Court and the United States Second Circuit Court of Appeals. He is admitted to the Bars of the States of New York and Florida.

*Sandy A. Liebhard* is a 1988 graduate from Brooklyn Law School and has practiced all aspects of securities law for the past 15 years. He has been lead or co-lead counsel in such major securities cases as *AXA Financial Shareholders Litigation* ($500 million in increased merger consideration); *Lin Broadcasting Corporation Shareholders Litigation* (recovering $64 million in increased merger consideration); *Bausch & Lomb, Inc. Securities Litigation* (achieving a $42 million recovery for defrauded shareholders); and *In re Tenneco Securities Litigation* ($50 million recovery). Mr. Liebhard presently serves as lead or co-lead counsel in such major cases as *In re Terayon Communication Systems, Inc. Securities Litigation, In re Revlon, Inc. Securities Litigation, In re BellSouth Corp. Securities Litigation,* and is currently serving on Plaintiffs' Executive Committee in *In re Initial Public Offering Securities Litigation*. He is admitted to the Bars of the State of New York and the United States District Court for the Southern and Eastern Districts of New York.

*Mel E. Lifshitz* is a 1989 graduate of Brooklyn Law School. Mr. Lifshitz's practice focuses on securities and consumer class action litigation. He most recently achieved a $58 million settlement on behalf of shareholders in the *Bankers Trust Securities Litigation;* was co-lead counsel in *Riscorp Inc. Securities Litigation*, which resulted in a $21 million settlement on behalf of shareholders; and is currently co-lead counsel in the *In re Federated Department Stores*

-5-

*Securities Litigation;* Chairman of the Executive Committee in *In re Abercrombie & Fitch Co. Securities Litigation;* co-lead counsel in *In re Xerox, Inc. Securities Litigation;* co-lead counsel in *In re Deutsche Telekom AG Securities Litigation;* co-lead counsel in *In re Cigna Corp. Securities Litigation,* as well as lead and co-lead counsel in many other large securities class actions. He was also the lead counsel in *Tuchman v. Volvo Cars of North America, Inc.,* a consumer class action which resulted in a settlement value of more than $30 million. He is admitted to the Bars of the State of New York and the District of Columbia, the United States Court for the Southern District of New York and the Eastern District of New York.

*Keith M. Fleischman* received his B.A. degree from the University of Vermont in 1980 and a J.D. degree from California Western School of Law in 1984. Upon graduation from law school, he was an Assistant District Attorney in the Rackets and Major Offense Bureau of the Bronx County District Attorney's Office and a Member of the Joint Bronx District Attorney's Office/United States Attorney's Office, Southern District of New York investigation into corruption by New York City Public Officials. In 1988, he joined the United States Department of Justice as a Trial Attorney in the Fraud Section, and in 1990 he served in the United States Attorney's Office, District of Connecticut, as an Assistant United States Attorney. Until joining the Firm in early 2003, Keith was a Partner and on the Management Committee of Milberg Weiss Bershad Hynes & Lerach, LLP.

During his eight years as a prosecutor, Mr. Fleischman tried numerous cases to verdict and served as Chief Trial Counsel in one of the largest savings and loan prosecutions successfully brought by the federal government, including *United States v. Heath*, 970 F.2d 1397 (5th Cir. 1992). Additionally, he served as a Trial Practice Instructor for the Attorney General's Advocacy Institute, U.S. Department of Justice, as a member of the New England Bank Fraud

-6-

Task Force, Coordinating Committee, and the Connecticut Bank Fraud Working Group. Keith has also received awards from the Director of the FBI and the Attorney General for his work while serving in the Justice Department.

In 1995, Mr. Fleischman was plaintiffs' Chief Trial Counsel in *Robbins v. Koger Properties, Inc.*, 116 F.3d 1441 (11th Cir. 1997), in which a Federal jury found Deloitte & Touche liable for securities violations and awarded the class $81.3 million after a month-long trial. Additionally, Mr. Fleischman also successfully argued before the Second Circuit the case of *Novak v. Kasaks*, 216 F.3d 300 (2d Cir. 2000), the precedent-setting decision regarding the pleading standard and disclosure of confidential informants under the PSLRA. Mr. Fleischman has also served as lead or co-lead counsel and on the executive committee for many notable and successful litigations including America Online, Ann Taylor, Motorola, Aetna and John Hancock which collectively resulted in hundreds of millions of dollars in settlements to the respective classes.

Mr. Fleischman is a member of the Bar of the State of New York, the United States District Court for the Southern District of New York, the Second and Eleventh Circuit Courts of Appeals, and the United States Supreme Court. He lectures in the U.S. and abroad on the investigation, litigation and prevention of Securities Fraud.

*Jeffrey M. Haber* received his B.S. from the State University of New York at Buffalo in 1985, graduating *magna cum laude* as a member of *Phi Beta Kappa*. He received his J.D. in 1988 from Hofstra University School of Law, where he was a notes and comments editor for the International Property Law Journal. Upon graduation, Mr. Haber concentrated his practice in securities and commodity law, with a New York law firm, where he represented both plaintiffs and defendants in litigations in various state and federal courts and in arbitrations in self-

regulatory agencies. In 1991, Mr. Haber became associated with, and later a member of, a New York plaintiffs' firm, Weschler Harwood LLP, where he concentrated his practice on securities- and consumer-fraud class actions, antitrust class actions, and shareholder-rights litigation. In April 2000, Mr. Haber joined Bernstein Liebhard & Lifshitz, LLP as a partner, concentrating his practice in complex class action litigation involving shareholders' rights, securities fraud, and consumer protection. In his career, Mr. Haber has been a member of multiple trial teams in civil cases, and has conducted numerous securities arbitrations before the NASD and NYSE.

Mr. Haber has been lead counsel, co-lead counsel, or a member of an executive committee in a number of notable and successful class action litigations, including *In re Taxable Municipal Bonds Litigation* (E.D. La.) ($110 million settlement) and *In re JDN Realty Corp. Securities Litigation* (N.D. Ga.) ($16.8 million settlement). Mr. Haber also has been lead counsel, co-lead counsel, or a member of an executive committee in a number of successful shareholder rights litigations, including *In re The Times Mirror Co. Shareholders Litigation*, (Del. Ch.) (settlement benefit in excess of $20 million) and *Edge Partners L.P. v. Dockser*, (D. Md.) (settlement benefit in excess of $11 million). Mr. Haber played a key role in the factual investigation of *In re Home Shopping Network Inc. Derivative Litigation* (S.D. Fla.), which led to a settlement benefit in excess of $20 million. He also played a significant role in the investigation and prosecution of *In re Banc One Securities Litigation* (N.D. Ill.), which resulted in a $45 million settlement. Mr. Haber further served as lead counsel in a precedent-setting decision under the Investment Company Act of 1940 regarding the independence of directors serving on multiple boards of mutual funds operated by the same investment company. Mr. Haber is currently co-lead counsel in *In re Xerox Securities Litigation* (D. Conn.), among other notable securities class actions.

-8-

Mr. Haber is admitted to the Bar of the State of New York, the United States Court of Appeals for the Fifth Circuit, and the United States District Courts for the Southern and Eastern Districts of New York, the Western District of Pennsylvania, and the District of Arizona.

*Robert J. Berg* graduated from Amherst College *cum laude* with a B.A. degree in 1979, majoring in Economics and Psychology. Mr. Berg received a J.D. degree in 1983 from the University of Chicago Law School, and he also received an M.B.A. degree from the University of Chicago Graduate School of Business in 1983. Mr. Berg began his career as an attorney in 1983 at Skadden, Arps, Slate, Meagher & Flom, in New York, where he specialized in antitrust litigation, and continued his career at LeBoeuf, Lamb, Greene & MacRae. Mr. Berg then joined Wolf Popper LLP, and Lite DePalma Greenberg & Rivas, where he concentrated his practice on representing plaintiffs in securities and consumer fraud class actions. In 1998, Mr. Berg joined Bernstein Liebhard & Lifshitz, LLP where he concentrates his practice in complex class action litigation involving shareholders' rights, securities fraud, consumer fraud, false advertising, and antitrust issues. Mr. Berg presently is one of the liaison counsel in the *In re Initial Public Offerings Securities Litigation*. He was one of lead attorneys representing plaintiffs in *Bankers Trust Securities Litigation*, which was settled for $58 million in May 2002, a few weeks before trial. Mr. Berg is co-lead counsel for plaintiffs in *In re Deutsche Telekom AG Securities Litigation*. He is also a member of Plaintiffs' Executive Committees in major antitrust class actions against Verizon, SBC, and BellSouth. Prior to joining the firm, Mr. Berg was the chief plaintiffs' attorney in *Princeton Economics Group, Inc. v. AT&T Corp.*, a national consumer fraud class action against AT&T for false advertising, which was one of the largest consumer fraud cases ever settled in the New Jersey state court system (a settlement valued by the Court at over $90 million). Mr. Berg and the firm have also achieved other large settlements in national

consumer fraud class actions, such as *Tuchman v. Volvo Cars of North America, Inc.* (more than $30 million) and *Barton v. Saab Cars of North America, Inc.* ($4.25 million). Mr. Berg is admitted to the Bars of the States of New York and New Jersey, the federal courts of the Southern and Eastern Districts of New York and the District of New Jersey, and the Courts of Appeals for the Second, Third, and D.C. Circuits. Mr. Berg is the Resident Partner in the firm's New Jersey office. Mr. Berg has been a member of the Trade Regulation Committee and the Consumer Affairs Committee of the New York County Lawyers Association, and has been an arbitrator for the Civil Court of the City of New York.

*Francis P. Karam* graduated from Holy Cross college in 1977 with an A.B. in the Classics, and in 1981 received his J.D. from Tulane University School of Law. Upon graduation, he practiced Admiralty and Maritime law with a New York law firm, where he represented international insurance companies in commercial arbitrations and litigation in various Federal courts. From 1984 to 1990, Mr. Karam was an Assistant District Attorney in the Bronx, where he served as a senior Trial Attorney in the Homicide Bureau. He entered private practice in 1990, specializing in trial and appellate work in state and federal courts. Before joining the firm, Mr. Karam was a partner at Milberg, Weiss, Bershad, Hynes & Lerach LLP. Mr. Karam has, in his career, tried over 100 criminal and civil cases, including complex cases involving tax fraud and commercial fraud. He has argued numerous appeals in the State and Federal courts. Recently, Mr. Karam played a significant role in the factual investigation and successful opposition to the defendants' motions to dismiss in *In re Enron Securities Litigation*. He was co-lead counsel in *In re Thomas and Betts Securities Litigation* where he achieved a $46.5 million settlement on behalf of the shareholder class. He is currently co-lead counsel in *In re Xerox Securities Litigation*. Mr. Karam concentrates his practice in complex class action litigation involving shareholders' rights

and securities fraud. Mr. Karam is an active teacher and lecturer for the National Institute of Trial Lawyers, and recently was a panelist at the ABA Business Law section seminar *Corporate Accounting in the Wake of Enron*. He is admitted to the Bars of the State of New York and the Commonwealth of Pennsylvania, the United States Court of Appeals for the Second Circuit, and the United States District courts for the Southern and Eastern Districts of New York.

*Rebecca M. Katz* is a 1990 graduate of Hofstra University School of Law where she was a member of the Hofstra Law Review. She has been prosecuting securities fraud cases on behalf of the SEC and private investors since the early 1990's. As Senior Trial Counsel in the Enforcement Division of the U.S. Securities and Exchange Commission from 1993 - 1998, she prosecuted major cases involving violations of the federal securities laws, including insider trading, market manipulation, and accounting fraud. Representative cases include *SEC v. Karczewski, et al.*, (*Stockbridge Funding*) (S.D.N.Y.); *SEC v. Dillon et al.*, (*BusinessWeek*) (D. Conn.); *SEC v. F.N. Wolf & Co., Inc., et al.*, (S.D.N.Y.); *SEC v. Sarivola, et al.*, (S.D.N.Y. 1995) Prior to joining the firm in 2001, she was associated with Lieff, Cabraser, Heimann & Bernstein, LLP where she served as Counsel for plaintiff classes in several securities cases, including *Dietrich v. Bauer, et al.*, (S.D.N.Y.) (securities class action involving trading in the securities of Scorpion Technologies Inc.), and is presently serving on Plaintiffs' Executive Committee in *In re Initial Public Offering Securities Litigation* (S.D.N.Y.) She is admitted to the New York State Bar and to the bars of the federal district courts for the Southern and Eastern Districts of New York.

*U. Seth Ottensoser* graduated with high honors in 1992 from Queens College of the City University of New York, where he was elected to and became a member of phi beta kappa. Mr. Ottensoser received a J.D. degree in 1995 from the University of Southern California School of

Mr. Ottensoser concentrates his practice in the areas of merger and acquisition litigation, securities class actions and corporate litigation. He is a frequent lecturer on the issues of civil procedure, federal practice, class actions and corporate governance and has written extensively and been published on those matters. Mr. Ottensoser has served as a member of the Special Committee on Mergers, Acquisitions and Corporate Control Contests of the Association of the Bar of the City of New York. Before joining Bernstein Liebhard & Lifshitz, LLP, he was a partner at Milberg Weiss Bershad Hynes & Lerach LLP.

Mr. Ottensoser has been involved in many successful class actions, including: *In re Aetna, Inc. Securities Litigation* ($82.5 million recovery); *In re Triton Energy Ltd. Securities Litigation* ($49.5 million recovery); *In re Ascent Entertainment Derivative Litigation* ($40 million derivative settlement relating to the sale of the Denver Nuggets and Colorado Avalanche); *In re Waste Management Derivative Litigation* ($25 million recovery); and *In re Kinkos Shareholder Litigation* ($8.5 million recovery for class consisting of approximately 160 shareholders). He is admitted to the Bars of the State of New York and the United States Courts for the Southern and Eastern Districts of New York.

### *Senior Counsel*

*William A. K. Titelman* is a 1980 graduate of The Dickinson School of Law. Throughout his career, he has been actively involved in government, public policy and politics. Mr. Titelman began his career in the administration of Pennsylvania Governor Milton Shapp, serving in several key positions including Director of Motor Vehicles and Special Assistant to the Governor for Government Management. Then, after law school, Mr. Titelman led the Pennsylvania Trial Lawyers Association for nearly a decade. Subsequently, he became a partner at Klett Rooney

Lieber & Schorling, LLP, a leading Pennsylvania law firm, where he served on the firm's Board of Directors and chaired both its Harrisburg office and its Administrative Law and Government Affairs Practice Group. Among his accomplishments, he organized and led a national campaign involving shareholders, including major public pension funds and other institutional investors, shareholder rights activists, former SEC Commissioners, leading economists and deans of business and law schools, to oppose and successfully amend Pennsylvania Senate Bill 1310, which *The Wall Street Journal* described as the most onerous anti-takeover, anti-shareholder bill ever proposed in the United States. Mr. Titelman went on to serve as Executive Vice President, Managed Care and Public Affairs, at a Fortune 200 corporation. Prior to joining Bernstein Liebhard & Lifshitz, LLP, he was a partner in the Washington D.C. office of Duane Morris, LLP, a 500-lawyer national law firm.

Mr. Titelman is a prominent Democratic fund raiser. He is currently Co-Chair of the National Finance Committee of the Democratic Governors Association. Most recently, he served as National Finance Chair for the election of Pennsylvania Governor Ed Rendell. Additionally, Mr. Titelman has served the Democratic National Committee as Co-Chair of its Major Supporters Council and, in 2000, as a Finance Vice Chair and Co-Chair of Convention Affairs. He was an early supporter of President Bill Clinton and served on his National Finance Committee in both campaigns and as a member of the Electoral College. Mr. Titelman has also been active with the Democratic Senate Campaign Committee, the Democratic Congressional Campaign Committee, and as a founding member of Senator Tom Daschle's political action committee (DASHPac). In a unique exception, he was one of six statewide Finance Chairs for the election of Pennsylvania Governor Tom Ridge, a Republican. Mr. Titelman is admitted to

the Bars of the Commonwealth of Pennsylvania and the United States District Court for the Middle District of Pennsylvania.

*Of Counsel*

*Timothy J. MacFall* is a 1985 graduate of Brooklyn Law School. Mr. MacFall concentrates in complex class-action litigation involving shareholders' rights, securities fraud, and antitrust issues. Mr. MacFall has previously served as a Special Assistant United States Attorney in the Southern District of New York, a Trial Attorney in the Immigration & Naturalization Service, and an Assistant District Attorney in Kings County, New York. He is a member of the Bar of the State of New York, and is admitted to practice before the United States District Courts for the Southern and Eastern Districts of New York and the District of Colorado, and the United States Court of Appeals for the Second Circuit.

*Mark T. Millkey* received an M.A. in English from the University of Virginia in 1983, and a J.D. from the University of Virginia in 1987. He has practiced as an associate at Powell, Goldstein, Frazer & Murphy in Atlanta and at Simpson Thacher & Bartlett in New York, and as Special Counsel at Milberg Weiss Bershad Hynes & Lerach, LLP in New York. Mr. Millkey has extensive experience in consumer-fraud, securities-fraud, and derivative litigation at both the trial and appellate level. Mr. Millkey is admitted to the Bars of the States of New York and Georgia.

*Associates*

*Abraham I. Katsman* is a 1989 graduate of the Cardozo School of Law and has practiced all aspects of securities litigation, including trial, since that time. He is admitted to the Bars of the States of New York and New Jersey and the District of Columbia.

-14-

*Michael S. Egan* is a 1991 graduate of the Fordham University School of Law and received an LL.M. in International Law from the Georgetown University School of Law in 1992. Mr. Egan has practiced securities and class action litigation exclusively since 1993. He is admitted to the Bar of the States of New York and New Jersey.

*Mary U. Hoover* is a 1992 graduate of the Fordham University School of Law. Ms. Hoover has practiced securities and commercial litigation almost exclusively since that time. She is admitted to the Bars of the States of New York and Connecticut.

*Felecia Stern* is a 1992 graduate of the University of Pennsylvania Law School where she served on the editorial board of the University of Pennsylvania Law Review. Ms. Stern previously clerked for the Honorable Francis X. Altimari of the United States Court of Appeals for the Second Circuit. Prior to joining Bernstein Liebhard & Lifshitz, LLP, Ms. Stern was associated for years with the firm of Simpson Thacher & Bartlett where she represented defendants in securities class actions, complex commercial litigation, and SEC and other governmental investigations. Ms. Stern concentrates her practice in complex class action litigation involving shareholders' rights and securities fraud issues. She is admitted to the Bar of the State of New York.

*Ronald J. Aranoff* is a 1995 graduate of Benjamin N. Cardozo School of Law. Mr. Aranoff has previously served as an Assistant District Attorney in Kings County, New York, where he successfully tried numerous cases to verdicts and as a civil and criminal litigator. Mr. Aranoff concentrates his practice on consumer class action litigation. He is admitted to the Bar of the State of New York.

*Joseph R. Seidman, Jr.* is a 1997 graduate of St. John's University School of Law and has practiced securities and class action litigation exclusively since that time. He is admitted to the

-15-

Bar of the State of New York.

*Gregory M. Egleston* is a 1997 graduate of New York Law School. Mr. Egelston has practiced securities and class action litigation exclusively since that time. He is admitted to the Bars of the States of New York and Connecticut.

*Danielle Mazzini-Daly* is a 1997 graduate of Boston University School of Law, where she was an editor of the International Law Journal. Ms. Mazzini-Daly previously served as an Assistant District Attorney in Kings County, New York where she tried several cases to verdict successfully. She is admitted to the Bar of the State of New York.

*Michael S. Bigin* is a 1999 graduate of St. John's University School of Law, where he was a member of the American Bankruptcy Institute Law Review and Moot Court Honor Society. Mr. Bigin has practiced securities litigation exclusively since 1999. He is admitted to the Bar of the State of New York.

*Stephanie M. Beige* graduated *summa cum laude* from Touro College Jacob D. Fuchsberg Law Center in 2000, and was a member of the Touro Law Review. Prior to joining Bernstein Liebhard & Lifshitz, LLP, Ms. Beige was associated with the firm of Milberg Weiss Bershad Hynes & Lerach LLP, where she represented plaintiffs in securities class actions and mass tort actions. She is admitted to the Bar of the State of New York.

*Andrea H. Williams* received her B.S. in Accounting from the City University of New York, Medgar Evers College in 1996, graduating *summa cum laude* as class valedictorian. She is also a New York State licensed CPA since 1998, after having spent two years as a public auditor with a Big Six (now Big Four), Public Accounting Firm. She received her J.D. in 2002 from Seton Hall University School of Law. During law school, she was employed as an internal auditor with a major investment banking firm. Andrea is admitted to the bar in New York and

New Jersey since 2002. She is also admitted to practice before the federal District Courts for the Southern and Eastern District of New York, and the federal District Court for the District of New Jersey, since 2002.

*Jessica L. Francisco* is a 2002 *cum laude* graduate of Case Western Reserve University School of Law. She is admitted to the Bar of the State of New York.

*Scott D. Smith* is a 2001 graduate of South Texas College of Law where he served on the editorial boards of the *South Texas Law Review* and *Corporate Counsel Review*. In 2002, Mr. Smith received his LL.M. in Banking and Financial Law with a concentration in Securities Transactions from Boston University School of Law where he was a Research Fellow. Mr. Smith practices in the area of securities class action litigation. He is admitted to the Bar of the District of Columbia.

December 2003