**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JAMES KIRKLAND, Individually And On Behalf Of All Others Similarly Situated, </br></br>　　　　　　Plaintiff,</br></br>　　　　　　v.</br></br>CLEAN HARBORS, INC., ALAN S. MCKIM, and ROGER A. KOENECKE,</br></br>　　　　　　Defendants. | **CIVIL ACTION NO. 1:03cv12302 (RWZ)** |
| ROBERT J. MEYER, Individually And On Behalf Of All Others Similarly Situated,</br></br>　　　　　　Plaintiff,</br></br>　　　　　　v.</br></br>CLEAN HARBORS, INC., ALAN S. MCKIM, and ROGER A. KOENECKE,</br></br>　　　　　　Defendants. | **CIVIL ACTION NO. 1:03cv12523 (RWZ)** |

[Additional Captions Below]

**CERTIFICATE OF SERVICE**

|  |  |
|---|---|
| STANLEY SVED, Individually And On Behalf Of All Others Similarly Situated,  )<br>) | **CIVIL ACTION NO. 1:03cv12581 (RWZ)** |
| Plaintiff, ) |  |
| v. ) |  |
| CLEAN HARBORS, INC., ALAN S. MCKIM, and ROGER A. KOENECKE, ) |  |
| Defendants. ) |  |

|  |  |
|---|---|
| ROBERT REUBEN, on Behalf of Himself and all Others Similarly Situated, ) | **CIVIL ACTION NO. 1:04cv10061 (RWZ)** |
| Plaintiff, ) |  |
| v. ) |  |
| CLEAN HARBORS, INC., ALAN S. MCKIM, and ROGER A. KOENECKE, ) |  |
| Defendants. ) |  |

I hereby certify that on January 20, 2004 I served copies of the Motion for Consolidation of Related Cases, Appointment of Sandford Feld as Lead Plaintiff and Approval of Lead Plaintiff's Choice of Counsel, Memorandum in Support of Motion for Consolidation of Related Cases, Appointment of Sandford Feld as Lead Plaintiff and Approval of Lead Plaintiff's Choice of Counsel, Declaration of Theodore Hess-Mahan In Support of Motion for Consolidation of Related Cases, Appointment of Sandford Feld as Lead Plaintiff and Approval of Lead Plaintiff's Choice of Counsel, and Proposed Order Consolidating Related Cases, Appointing Sandford Feld as Lead Plaintiff and Approving Lead Plaintiff's Choice of Counsel by mail on counsel listed below.

/s/Theodore M. Hess-Mahan
Theodore M. Hess-Mahan

**Plaintiffs Counsel:**

Samuel H. Rudman
David A. Rosenfeld
200 Broadhollow Road, Suite 406
Melville, NY 11747

Marc A. Topaz
Three Bala Plaza East
Suite 500
Bala Cynwyd, PA  19004

Michael G. Lange, Esq.
Berman Devalerio Pease
   Tabacco Burt & Pucillo
One Liberty Square, 8th Floor
Boston, MA 02109

Nancy F. Gans, Esq.
Moulton & Gans, PC
33 Broad Street, Suite 1100
Boston, MA 02109

Sandy A. Liebhard
Joseph R. Seidman, Jr.
10 East 40th Street, 22nd Floor
New York, NY 10016

**Defendants' Counsel:**

Gary S. Matsko
Davis, Malm & D'Agostine, P.C.
One Boston Place
Boston, MA 02109