**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JAMES KIRKLAND, Individually and on Behalf of All Others Similarly Situated, | ) ) Civil Action 1:03cv12302 RWZ ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| CLEAN HARBORS, INC., ALAN S. MCKIM and ROGER A. KOENECKE, | ) ) ) |
| Defendants. | ) ) |
| ROBERT J. MEYER, Individually and On Behalf of All Others Similarly Situated, | ) ) Civil Action 1:03cv12523 RWZ |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| CLEAN HARBORS, INC., ALAN S. MCKIM and ROGER A. KOENECKE, | ) ) ) |
| Defendants. | ) ) |

Additional Captions to Follow

**MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFFS AND FOR APPROVAL OF SELECTION OF LEAD AND LIAISON COUNSEL**

| | |
|---|---|
| STANLEY SVED, individually and on behalf of all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CLEAN HARBORS, INC., ALAN S. MCKIM and ROGER A. KOENECKE, )<br>)<br>Defendants. ) | Civil Action 1:03cv12581 RWZ |
| ROBERT REUBEN, On Behalf of Himself and all Others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CLEAN HARBORS, INC., ALAN S. MCKIM and ROGER A. KOENECKE, )<br>)<br>Defendants ) | Civil Action 1:04cv10061 |

Class members Kendal Svedeen, on behalf of Coastal Consulting LLC Retirement Plan ("Svedeen"), and Robert J. Meyer ("Meyer"), by their counsel, hereby move this Court for an Order (attached hereto as Exhibit A): (i) consolidating the Actions; (ii) appointing Svedeen and Meyer as Lead Plaintiffs; (iii) approving Svedeen and Meyer's selection of the law firms of Cauley Geller Bowman & Rudman, LLP and Milberg Weiss Bershad Hynes and Lerach LLP to serve as Lead Counsel and the law firm of Shapiro Haber & Urmy LLP to serve as Liaison Counsel; and (iv) granting such other and further relief as the Court may deem just and proper. In support of this Motion, Svedeen and Meyer submit herewith a Memorandum of Law and Declaration of Theodore M. Hess-Mahan dated January 20, 2004.

Dated: January 20, 2004

Respectfully submitted,

**SHAPIRO HABER & URMY LLP**

/s/ Theodore M. Hess-Mahan
Thomas G. Shapiro BBO #454680
Theodore M. Hess-Mahan BBO #557109
75 State Street
Boston, Massachusetts 02109
Telephone:  (617) 439-3939
Facsimile:  (617) 439-0134

**Proposed Liaison Counsel**

**CAULEY GELLER BOWMAN
 & RUDMAN, LLP**
Samuel H. Rudman
David A. Rosenfeld
Mario Alba Jr.
200 Broadhollow Road, Suite 406
Melville, NY 11747
Telephone:  (631) 367-7100
Facsimile:  (631) 367-1173

**MILBERG WEISS BERSHAD HYNES AND LERACH LLP**
Steven G. Schulman
Peter E. Seidman
One Pennsylvania Plaza
New York, NY 10119-0165
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

**Proposed Lead Counsel**