## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES KIRKLAND, Individually and on Behalf of All Others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CLEAN HARBORS, INC., ALAN S. MCKIM and ROGER A. KOENECKE, )<br>)<br>Defendants. ) | Civil Action 1:03cv12302 RWZ |
| ROBERT J. MEYER, Individually and On Behalf of All Others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CLEAN HARBORS, INC., ALAN S. MCKIM and ROGER A. KOENECKE, )<br>)<br>Defendants. ) | Civil Action 1:03cv12523 RWZ |

Additional Captions to Follow

**[PROPOSED] ORDER CONSOLIDATING THE ACTIONS, APPOINTING LEAD PLAINTIFFS AND APPROVING SELECTION OF LEAD AND LIAISON COUNSEL**

| | |
|---|---|
| STANLEY SVED, individually and on behalf of all others similarly situated, | ) ) Civil Action 1:03cv12581 RWZ |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| CLEAN HARBORS, INC., ALAN S. MCKIM and ROGER A. KOENECKE, | ) ) ) |
| Defendants. | ) |
| ROBERT REUBEN, On Behalf of Himself and all Others Similarly Situated, | ) ) Civil Action 1:04cv10061 |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| CLEAN HARBORS, INC., ALAN S. MCKIM and ROGER A. KOENECKE, | ) ) ) |
| Defendants | ) |

Having considered the motion of Kendal Svedeen, on behalf of Coastal Consulting LLC Retirement Plan ("Svedeen"), and Robert J. Meyer ("Meyer") for Consolidation, Appointment As Lead Plaintiffs And Approval Of Selection Of Lead And Liaison Counsel and the Memorandum of Law and Declaration of Theodore M. Hess-Mahan, in support thereof, and good cause appearing therefor:

1. The Actions are hereby consolidated;

2. Svedeen and Meyer are hereby appointed Lead Plaintiffs for the Class pursuant to Section 21D of the Securities Exchange Act of 1934; and

3. The law firms of Cauley Geller Bowman & Rudman, LLP and Milberg Weiss Bershad Hynes and Lerach LLP are hereby appointed Lead Counsel and the law firm of Shapiro Haber & Urmy LLP is hereby appointed Liaison Counsel.

SO ORDERED THIS ____ day of _____, 2004.

_____
U.S. District Judge