**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JAMES KIRKLAND, Individually and on Behalf of All Others Similarly Situated, | ) ) ) Civil Action 1:03cv12302 RWZ |
| Plaintiff, | ) ) |
| v. | ) ) |
| CLEAN HARBORS, INC., ALAN S. MCKIM and ROGER A. KOENECKE, | ) ) ) ) |
| Defendants. | ) |
| ROBERT J. MEYER, Individually and On Behalf of All Others Similarly Situated, | ) ) Civil Action 1:03cv12523 RWZ |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| CLEAN HARBORS, INC., ALAN S. MCKIM and ROGER A. KOENECKE, | ) ) ) ) |
| Defendants. | ) |

Additional Captions to Follow

**DECLARATION OF THEODORE M. HESS-MAHAN IN SUPPORT OF THE MOTION OF KENDAL SVEDEEN AND ROBERT J. MEYER FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFFS, AND FOR APPROVAL OF SELECTION OF LEAD AND LIAISON COUNSEL**

| | |
|---|---|
| STANLEY SVED, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br> v.<br><br>CLEAN HARBORS, INC., ALAN S. MCKIM and ROGER A. KOENECKE,<br><br>     Defendants. | ) Civil Action 1:03cv12581 RWZ |
| ROBERT REUBEN, On Behalf of Himself and all Others Similarly Situated,<br><br>     Plaintiff,<br><br> v.<br><br>CLEAN HARBORS, INC., ALAN S. MCKIM and ROGER A. KOENECKE,<br><br>     Defendants | ) Civil Action 1:04cv10061 RWZ |

  Theodore M. Hess-Mahan, declares, under penalty of perjury:

  1.  I am an associate with Shapiro Haber & Urmy LLP ("Shapiro Haber"), one of plaintiff's counsel in the action entitled <u>James Kirkland v. Clean Harbors, Inc., et al.</u>, 1:03cv12302 (RWZ) (the "<u>Kirkland</u> Action"). I submit this Declaration in support of the motion of Kendal Svedeen, on behalf of Coastal Consulting LLC Retirement Plan ("Svedeen"), and Robert J. Meyer ("Meyer") for consolidation, appointment as Lead Plaintiffs and for approval of selection of Lead and Liaison Counsel.

  2.  Attached hereto as Exhibit A is a true and accurate copy of the complaint filed in the <u>Kirkland</u> Action. Attached to the complaint is a true and accurate copy of the certification

which demonstrates plaintiff's class standing and requisite financial interest in the outcome of this litigation.

3. Attached hereto as Exhibit B is a true and accurate copy of the notice published by plaintiff in the Kirkland Action on PR Newswire, a national, business-oriented newswire service, on November 18, 2003.

4. Attached hereto as Exhibit C is a true and accurate copy of a loss chart presenting the transactions in the subject securities and summarizing the estimated collective losses of Svedeen and Meyer at $4,865.00, in connection with their purchases of Clean Harbors' shares.

5. Attached hereto as Exhibit D are the certifications of Svedeen and Meyer.

6. Attached hereto as Exhibit E is a true copy of the firm resume of Cauley Geller Bowman & Rudman LLP.

7. Attached hereto as Exhibit F is a true copy of the firm resume of Milberg Weiss Bershad Hynes & Lerach LLP.

8. Attached hereto as Exhibit G is a true copy of the firm resume of Shapiro Haber.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 20, 2004

/s/ Theodore M. Hess-Mahan
Theodore M. Hess-Mahan