PRN         Cauley Geller Announces Class Action Lawsuit Against Clean
            Nov 18 2003   19:49


                       Harbors, Inc. On
                       Behalf of Investors


     NEW YORK, Nov. 18 /PRNewswire/ -- The Law Firm of Cauley Geller Bowman &
Rudman, LLP announced today that a class action lawsuit has been filed in the
United States District Court for the District of Massachusetts on behalf of
purchasers of Clean Harbors, Inc. (Nasdaq: CLHB) ("Clean Harbors" or the
"Company") publicly traded securities during the period between
November 19, 2002 and August 14, 2003, inclusive (the "Class Period").  A copy
of the complaint filed in this action is available from the Court, or can be
viewed on the firm's website at
http://www.cauleygeller.com/show_case.asp?ccode=197&pcode=10&pp=4 .
     The complaint alleges that defendants violated Sections 10(b) and 20(a) of
the Securities Exchange Act of 1934, and Rule 10b-5 promulgated thereunder.
Specifically, the complaint alleges that by the start of the Class Period,
unbeknownst to investors, Clean Harbors was experiencing difficulties
integrating the operations of Safety-Kleen Corp.'s Chemical Services Division,
which it had just acquired.  Moreover, the integration process was distracting
the Company from its core business, thereby causing the Company to experience
declining results.  Notwithstanding the foregoing difficulties, throughout the
Class Period, defendants projected increasing revenues and earnings for the
Company, which caused a dramatic increase in the price of Clean Harbors common
stock.  While the stock was trading at these levels, certain Clean Harbor
insiders sold their personally-held Clean Harbors common stock to the
unsuspecting public.  In addition, defendant McKim engaged in a forward sale
of 200,000 shares of his stock which permitted him to lock in gains in his
stock but not suffer from any decline in the price of Clean Harbors stock.
     Then, on May 14, 2003, Clean Harbors surprised the market by announcing
that its EBITDA for the first quarter of 2003 was below the quarterly minimum
required by certain covenants in the Company's loan agreements and that the
Company would have to renegotiate the terms of its agreements with its
lenders.  In response to this announcement, the price of Clean Harbors stock
plummeted from $12.89 per share to $10.90 per share on extremely heavy trading
volume.  The true extent of the problems at Clean Harbors were not finally
revealed until August 14, 2003, when it announced that it would miss its
earnings targets for the second quarter of 2003 and that it was being
negatively impacted by a variety of factors.  Following this announcement, the
price of Clean Harbors common stock declined further to $6.23 per share.
     If you bought Clean Harbors publicly traded securities between
November 19, 2002 and August 14, 2003, inclusive, and you wish to serve as
lead plaintiff, you must move the Court no later than January 19, 2004.  If
you are a member of this class, you can join this class action online at
http://www.cauleygeller.com/template8.asp?pcode=6&pp=1 .  Any member of the
purported class may move the Court to serve as lead plaintiff through Cauley
Geller or other counsel of their choice, or may choose to do nothing and
remain an absent class member.
     Cauley Geller is a national law firm that represents investors and


Copyright (c) 2004

PRN          Cauley Geller Announces Class Action Lawsuit Against Clean
             Nov 18 2003  19:49


consumers in class action and corporate governance litigation.  It is one of
the country's premiere firms in the area of securities fraud, with in-house
finance and forensic accounting specialists and extensive trial experience.
Since its founding, Cauley Geller has recovered in excess of two billion
dollars on behalf of aggrieved shareholders.  The firm maintains offices in
Boca Raton, Little Rock and New York.
     If you have any questions about how you may be able to recover for your
losses, or if you would like to consider serving as one of the lead plaintiffs
in this lawsuit, you are encouraged to call or e-mail the Firm or visit the
Firm's website at www.cauleygeller.com .

     Contact:

     CAULEY GELLER BOWMAN & RUDMAN, LLP

     Samuel H. Rudman, Esq. or David A. Rosenfeld, Esq.

     Client Relations Department:
     Jackie Addison or Heather Gann
     P.O. Box 25438
     Little Rock, AR 72221-5438
     Toll Free: 1-888-551-9944
     Fax: 1-501-312-8505
     E-mail: info@cauleygeller.com

SOURCE  Cauley Geller Bowman & Rudman, LLP
    -0-                              11/18/2003
    /CONTACT:  Samuel H. Rudman, Esq. or David A. Rosenfeld, Esq., both of
Cauley Geller Bowman & Rudman, LLP, +1-631-367-7100/
    /Web site:  http://www.cauleygeller.com
            http://www.cauleygeller.com/show_case.asp?ccode=197&pcode=10&pp=4
               http://www.cauleygeller.com/template8.asp?pcode=6&pp=1 /
    (CLHB)

CO:  Cauley Geller Bowman & Rudman, LLP; Clean Harbors, Inc.
ST:  New York, Massachusetts
IN:  ENV
SU:  LAW
-0- Nov/19/2003  0:49 GMT

Copyright (c) 2004