LP deadline: Tuesday, 01/20/04    Clean Harbors Shareholder Damage Estimate    Venue: MA

Avg. closing price (for shares held)  $4.4521    Class Period: 11/19/02 - 08/14/03    Avg closing price: 08/15/03 - 11/12/03 (90 day max)

| Last Name | First Name | Shares Bought | | | Shares Sold | | | Total Gain/Loss |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | # of Shares | Date | $ Per Share | # of Shares | Date | $ Per Share | |
| Coastal Consulting LLC Retirement Plan | | 700 | 08/12/03 | $9.6500 | 700 | 08/19/03 | $5.5800 | ($2,849.00) |
| Meyer | Robert J. | 300 | 04/24/03 | $13.5000 | 300 | 08/14/03 | $6.7800 | ($2,016.00) |
| **TOTALS** | | 1000 | | | 1000 | | | ($4,865.00) |