Cauley Geller Bowman & Rudman, LLP
P.O. Box 25438, Little Rock, AR 72221-5438
(501) 312-8500; (501) 312-8505 Facsimile
info@cauleygeller.com

*Coastal Consulting LLC, Retirement Plan*

## CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

*Kendal Svedeen* ("Plaintiff"), declares as to the claims asserted, or to be asserted, under the federal securities laws, that:

1.  Plaintiff has reviewed the Clean Harbors, Inc. complaint.

2.  Plaintiff did not purchase any common stock/securities that are the subject of this action at the direction of Plaintiff's counsel or in order to participate in any private action under the federal securities laws.

3.  Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary. I understand that this is not a claim form, and that my ability to share in any recovery as a member of the class is not dependent upon execution of this Plaintiff Certification.

4.  BEFORE the start of the Class Period, Plaintiff held _700_ shares of Clean Harbors, Inc. common stock/securities.

5.  The following includes all of Plaintiff's transactions DURING the Class Period specified in the complaint for the common stock/securities that are the subject of this action:

| SECURITY (Common Stock, Call, Put, Bonds) | TRANSACTION (Purchase, Sale) | QUANTITY | TRADE DATE | PRICE PER SHARE/SECURITY |
|---|---|---|---|---|
| Stock | Purchase | 700 | 8-12-03 | $9.65 |
| " | Sold | 700 | 8-19-03 | $5.58 |
| | | | | |
| | | | | |

Please list additional transactions on a separate sheet if necessary.

6.  Plaintiff's shares were acquired (check all that apply): ☐ IRA      ☐   Employer-sponsored plan (401K, 403B, etc.)

    ☐ Non-retirement account      ☐ Merger/acquisition      ☒ Other (describe): *Profit Sharing Pen.*

7.  Plaintiff has not sought to serve or served as a representative party for a class in an action filed under the federal securities laws within the past three years, unless otherwise stated in the space below:

8.  Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this *8th* day of _January_, 2003.

SIGNATURE

Name (print): *Kendal Svedeen*      Address: *13297 Akagi Ln.*