UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES KIRKLAND, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CLEAN HARBORS, INC., ALAN S. MCKIM and ROGER A. KOENECKE,<br><br>Defendants. | C. A. No. 03-12302 (RWZ)<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that effective May 4, 2004, the law firm of Shapiro Haber & Urmy LLP has the following new address. The telephone and facsimile numbers remain the same.

> Shapiro Haber & Urmy LLP
> Exchange Place
> 53 State Street
> Boston, MA 02109

Dated: May 5, 2004

> /s/ Theodore Hess-Mahan
> Thomas G. Shapiro BBO # 454680
> Theodore M. Hess-Mahan BBO # 557109
> Shapiro Haber & Urmy LLP
> 75 State Street
> Boston, MA 02108
> (617) 439-3939