UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES KIRKLAND, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CLEAN HARBORS, INC., ALAN S. MCKIM, and ROGER A. KOENECKE,<br><br>Defendants. | Civil Action No. 03cv12302 (RWZ) |
| ROBERT J. MEYER, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CLEAN HARBORS, INC., ALAN S. MCKIM, and ROGER A. KOENECKE,<br><br>Defendants. | Civil Action No. 03cv12523 (RWZ) |

[Additional Captions Below]

**JOINT STIPULATION AND [PROPOSED] ORDER
OF LEAD PLAINTIFF APPLICANTS TO APPOINT
LEAD PLAINTIFF AND TO APPROVE LEAD PLAINTIFF'S
SELECTION OF LEAD COUNSEL AND LIAISON COUNSEL**

Approved
[signature]
10/27/04

| | |
|---|---|
| STANLEY SVED, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CLEAN HARBORS, INC., ALAN S. MCKIM, and ROGER A. KOENECKE,<br><br>Defendants. | **Civil Action No. 03cv12581 (RWZ)** |
| ROBERT REUBEN, on Behalf of Himself and all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CLEAN HARBORS, INC., ALAN S. MCKIM, and ROGER A. KOENECKE,<br><br>Defendants. | **Civil Action No. 04cv10061 (RWZ)** |

WHEREAS, on or about November 18, 2003, the first class action complaint (the "Kirkland Action") alleging violations of federal securities laws was filed with this Court on behalf of purchasers of Clean Harbors, Inc. securities. Three related complaints were filed shortly thereafter;

WHEREAS, pursuant to Section 21D(a)(3)(A) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. §78u-4(a)(3)(A), the plaintiff in the Kirkland Action caused notice to be published on Business Wire on or about November 18, 2003 (the "Notice"), which informed class members of their right to seek appointment as lead plaintiff;

WHEREAS, on January 20, 2004, Sanford Feld, pursuant to Section 21D of the Private Securities Litigation Reform Act of 1995 ("PSLRA"), timely filed a

2

motion to appoint himself as Lead Plaintiff and to approve his choice of Bernstein Liebhard & Lifshitz, LLP as Lead Counsel;

WHEREAS, on January 20, 2004, Kendall Svedeen and Robert J. Meyer, pursuant to Section 21D of the PSLRA, timely filed a motion to appoint himself as lead plaintiff and to approve their choice of Cauley Geller Bowman & Rudman, LLP and Milberg Weiss Bershad Hynes & Lerach, LLP as Lead Counsel;

WHEREAS, movants Kendall Svedeen and Robert J. Meyer hereby withdraw their motion to appoint themselves as Lead Plaintiffs and approval of their selection of Lead Counsel;

WHEREAS, Sanford Feld has demonstrated that he has suffered the largest financial losses of all movants, he understands the importance of supervising and monitoring the case, and otherwise satisfies the requirements of Section 21D(a)(3)(B)(iii)(I) of the Exchange Act, 15 U.S.C. §78u-4(a)(3)(B)(iii)(I);

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by the parties, through their undersigned counsel, as follows:

1. Class member Sanford Feld shall be appointed as Lead Plaintiff pursuant to §21D(a)(3)(B) of the Exchange Act, 15 U.S.C. §78u-4(a)(3)(B);

2. Lead Plaintiff's selection of Bernstein Liebhard & Lifshitz, LLP as Lead Counsel shall be approved pursuant to §21D(a)(3)(B)(v) of the Exchange Act, 15 U.S.C. §78u-4(a)(3)(B)(v);

3. Lead Counsel shall have the authority to speak for all plaintiffs and class members in all matters regarding the litigation including, but not limited to, pre-trial proceedings, motion practice, trial and settlement, and shall make all work assignments in such a manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort. Additionally, Lead Counsel shall have the following responsibilities:

      a.    to brief and argue motions;

      b.    to initiate and conduct discovery, including, without limitation, coordination of discovery with defendants' counsel, the preparation of written interrogatories, requests for admissions, and requests for production of documents;

      c.    to direct and coordinate the examination of witnesses in depositions;

      d.    to act as spokesperson at pretrial conferences;

      e.    to call and chair meetings of plaintiffs' counsel as appropriate or necessary from time to time;

      f.    to initiate and conduct any settlement negotiations with counsel for defendants;

      g.    to provide general coordination of the activities of plaintiffs' counsel and to delegate work responsibilities to selected counsel as may be required in such a manner as to lead to the orderly and efficient prosecution of this litigation and to avoid duplication or unproductive effort;

      h.    to consult with and employ experts;

      i.    to receive and review periodic time reports of all attorneys on behalf of plaintiffs, to determine if the time is being spent appropriately and for the benefit of plaintiffs, and to determine and distribute plaintiffs' attorneys' fees; and

      j.    to perform such other duties as may be expressly authorized by further order of this Court.

4.    Lead Counsel shall be responsible for coordinating all activities and appearances on behalf of the Class and for disseminating notices and orders of this Court.

5.    No motion, application or request for discovery shall be served or

filed, or other pretrial proceedings initiated, on behalf of Lead Plaintiff, except through Lead Counsel.

6. Lead Counsel for the Class shall be available and responsible for communications to and from the Court.

7. Defendants' counsel may rely upon all agreements made with Lead Counsel.

8. Lead Plaintiff's selection of Shapiro Haber & Army LLP to serve as Liaison Counsel is approved.

Dated: February 2, 2004

/s/Theodore Hess-Mahan
Theodore Hess-Mahan
SHAPIRO HABER & ARMY LLP
75 State Street
Boston, MA 02109
(617) 439-3939
(617) 439-0134 (facsimile)

*Proposed Liaison Counsel for Lead Plaintiff Sanford Feld*

BERNSTEIN LIEBHARD
& LIFSHITZ LLP
Sandy A. Liebhard
Joseph R. Seidman, Jr.
10 East 40th Street
New York, NY 10016
(212) 779-1414

*Proposed Lead Counsel for Lead Plaintiff Sanford Feld*

/s/David A. Rosenfeld
CAULEY GELLER BOWMAN
& RUDMAN, LLP
Samuel H. Rudman
David A. Rosenfeld
200 Broadhollow, Suite 406
Melville, NY 11747
Telephone: (631) 367-7100
Facsimile: (631) 367-1173

3

MILBERG WEISS BERSHAD
 HYNES & LERACH LLP
Steven G. Schulman
Peter E. Seidman
Andrei V. Radio
One Pennsylvania Plaza
New York, NY 10119
(212) 594-5300

*Counsel for Kendal Svdeen and Robert J. Meyer*

SO ORDERED:

*[signature]*
UNITED STATES DISTRICT JUDGE
10/27/04

4