UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES KIRKLAND, on Behalf of Himself and all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CLEAN HARBORS, INC., ALAN S. MCKIM, and ROGER A. KOENECKE,<br><br>Defendants. | )<br>) Civil Action No. 03cv12302 (RWZ)<br>) Civil Action No. 03cv12523 (RWZ)<br>) Civil Action No. 03cv12581 (RWZ)<br>) Civil Action No. 03cv10061 (RWZ)<br>)<br>)<br>)<br>) **VOLUNTARY STIPULATION OF**<br>) **DISMISSAL**<br>)<br>)<br>)<br>) |

WHEREAS, on October 27, 2004, the Court appointed Bernstein Liebhard & Lifshitz, LLP as Lead Counsel for all Plaintiffs and class members in all matters regarding the actions listed above (the "Litigation").

WHEREAS, the Litigation has not been certified as a Class Action pursuant to Fed. R. Civ. P. 23 and is not subject to Fed. R. Civ. P. 23(e) or Fed. R. Civ. P. 66.

WHEREAS, Defendants have not served any answer or motion for summary judgment.

IT IS HEREBY STIPULATED AND AGREED, by and through the parties' respective counsel, that the Litigation shall be dismissed under the following terms and conditions:

1. Parties agree to voluntarily dismiss Plaintiffs' claims pursuant to Fed. R. Civ. P. 41(a)(1)(ii) with prejudice;

2. The parties and their counsel effect, by and through this Stipulation, a full, mutual and complete release of any and all claims that they may have against one another arising from the filing, prosecution, defense, or dismissal of the Litigation;

3. Plaintiffs aver that the Litigation was commenced based on

publicly-available information at the time and that they filed the Litigation in good faith and in accordance with Rule 11 of the Federal Rules of Civil Procedure and that the Litigation is being withdrawn voluntarily, without consideration of value after consultation with competent counsel. Defendants agree not to contest these averments or the averment that the Plaintiffs and their respective counsel at all times complied with Rule 11 of the Federal Rules of Civil Procedure; and

4. That each party shall bear its own costs and expenses incurred in connection with the Litigation.

IT IS SO STIPULATED

Dated: November 30, 2004

**SHAPIRO HABER & URMY LLP**

**/s/Theodore M. Hess-Mahan**
Theodore M. Hess-Mahan BBO # 557109
Exchange Place
53 State Street
Boston, MA 02109
Tel: (617) 439-3939

**BERNSTEIN LIEBHARD & LIFSHITZ, LLP**
Francis P. Karam
10 East 40th Street
New York, NY 10016
Tel: (212) 779-1414

**Lead Counsel for Plaintiffs**

Dated: November 30, 2004

                                         **DAVIS MALM & D'AGOSTINE P.C.**

                                         **/s/Gary S. Matsko**
                                         Gary S. Matsko
                                         One Boston Place
                                         Boston, MA. 02108
                                         Tel: (617) 367-2500

                                         **Counsel for Defendants Clean Harbors, Inc.,**
                                         **Alan S. McKim, and Roger A. Koenecke**